# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES DOUGLAS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08–0761 |
| ) | Judge Trauger |
| WTVF CHANNEL 5 NEWS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On April 23, 2009, the magistrate judge entered a Report and Recommendation (Docket No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED pursuant to 28 USC §1915(e)(2)(B). Any appeal will be certified as not taken in good faith pursuant to 28 USC § 1915(a)(3).

It is so **ORDERED.**

Enter this 11th day of May 2009.

_____
ALETA A. TRAUGER
U.S. District Judge